THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L. SHERMAN**                                                               **PLAINTIFF**
**ADC #096304**
v.                                 **Case No. 4:22-cv-00717-KGB**

**DEXTER PAYNE,** *et al.*                                              **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 2). Judge Kearney recommends dismissing plaintiff Patrick L. Sherman's complaint without prejudice, allowing Mr. Sherman 15 days to pay the administrative filing fee of $402, and certifying that an *in forma pauperis* appeal from any Order adopting the Recommendation and the accompanying Judgment would not be taken in good faith (*Id.*, 4–5).[1] Mr. Sherman filed objections in which he restates several of the allegations made in his complaint (Dkt. No. 4).

After careful consideration of the Recommendation, Mr. Sherman's objections, and a *de novo* review of the record, the Court finds no reason to alter or reject Judge Kearney's Recommendation. Therefore, the Court adopts the Recommendation in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 2). The Court dismisses Mr. Sherman's complaint without prejudice, allows Mr. Sherman the opportunity to pay the full administrative filing fee within 15 days of the entry of this Order, and certifies that an *in forma pauperis* appeal from any Order adopting the Recommendation and the accompanying Judgment would not be taken in good faith.

---

[1] Mr. Sherman is a "three striker" under the Prison Litigation Reform Act (Dkt. No. 2, at 1).

Because the Court adopts the Recommendation and dismisses without prejudice this action, the Court denies as moot Mr. Sherman's motion to proceed *in forma pauperis,* his motion to show further agreements between defendants to injure plaintiff for exercising his constitutional rights under U.S. law, and his motion to stop *ex parte* communications with ADC defendants concerning plaintiff § 1983 complaints which are not being formally served on defendants (Dkt. Nos. 3; 5–6).

It is so ordered this 6th day of February, 2023.

_____
Kristine G. Baker
United States District Judge